UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL,<br>    Plaintiff,<br>v.<br>DR. MANN, et al.,<br>    Defendants. | Case No. 24-cv-02578-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On April 30, 2024, plaintiff, a civil detainee, filed the present *pro se* action under 42 U.S.C. § 1983.  On that same date the Clerk of the Court sent a notice to plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed non-prisoner's *in forma pauperis* application.  The Clerk sent plaintiff a blank non-prisoner *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.  More than twenty-eight days have passed and plaintiff has not paid the filing fee, returned the non-prisoner *in forma pauperis* application, or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: June 18, 2024

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge